**SECOND DIVISION**
**PHIPPS, P. J.,**
**MILLER and MCFADDEN, JJ.**

**NOTICE: Motions for reconsideration must be**
***physically received* in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**(Court of Appeals Rule 4 (b) and Rule 37 (b), February 21, 2008)**
**http://www.gaappeals.us/rules/**

**March 13, 2013**

# In the Court of Appeals of Georgia

A10A1850. GREENE COUNTY SCHOOL DISTRICT v. CIRCLE
    Y CONSTRUCTION, INC.

MILLER, Judge.

In *Greene County School District v. Circle Y Construction*, 291 Ga.111 (728 SE2d 184) (2012), the Supreme Court of Georgia vacated Division 1 of this Court's opinion in *Greene County School District v. Circle Y Construction*, 308 Ga. App. 837 (708 SE2d 692) (2011) that construed OCGA § 20-2-506. Therefore, we adopt the opinion of the Supreme Court as our own and vacate that portion of Division 1 of our earlier opinion that construed OCGA § 20-2-506.

*Judgment affirmed in part; vacated in part. Phipps, P. J., and McFadden, J., concur.*